IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WEBSOCK GLOBAL STRATEGIES LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00504-JRG |
| FORTINET, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice"). (Dkt. No. 10.) In the Notice, Plaintiff dismisses the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Jan 17, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE